DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHAD T. CARTER,**
Appellant,

v.

**ERIN A. FERBER,**
Appellee.

No. 4D19-2811

[October 22, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 2015DR000207.

Karen O'Brien Steger of Steger Law, Stuart, for appellant.

Glenn J. Sneider of Sneider Law, Okeechobee, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and Kuntz, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***